| | |
|---|---|
| 1 | Martha G. Bronitsky |
| 2 | Chapter 13 Standing Trustee<br>Po Box 5004 |
| 3 | Hayward, CA 94540<br>(510) 266-5580 |
| 4 | |
| | Trustee for Debtor(s) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Ronald Raul Cardenas | 17-41381-RLE13 |

WITHDRAWAL
OF
TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS; DECLARATION; AND NOTICE AND OPPORTUNITY TO OBJECT

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS; DECLARATION; AND NOTICE AND OPPORTUNITY TO OBJECT for the above named Chapter 13 Case which was filed on December 04, 2019, same being court docket #43.

Date: December 26, 2019

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re:<br><br>    Ronald Raul Cardenas | Chapter 13 Case No:<br>17-41381-RLE13 |

Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Ronald Raul Cardenas<br>2858 Tribune Ave<br>Hayward,CA 94542-1637 | Matthew M Spielberg Atty<br>21855 Redwood Rd<br>Castro Valley,CA 94546 |
| (Debtor(s)) | (Counsel for Debtor(s)) |

Date: December 26, 2019        /s/ CHRISTIE PINEDA
                               CHRISTIE PINEDA